# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS JAY BROOKS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-1148-S-BN |
| | § | |
| FIRST NATIONAL BANK OF OMAHA, | § | |
| NATIONAL ASSOCIATION | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED June 12, 2024.

_____
**UNITED STATES DISTRICT JUDGE**